```
                F I L E D
        CLERK, U.S. DISTRICT COURT

            JAN 29 2025

      CENTRAL DISTRICT OF CALIFORNIA
      BY: _____rsm_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DANIEL JOSEPH WINTER,<br>　aka "Winterstone,"<br><br>　　　　Defendant. | CR No. **2:25-CR-00070-ODW**<br><br>I N F O R M A T I O N<br><br>[26 U.S.C. § 7206(1): Subscription to a False Federal Tax Return] |

　　　The Acting United States Attorney charges:

[26 U.S.C. § 7206(1)]

　　　On or about April 15, 2024, in Los Angeles County, within the Central District of California, and elsewhere, defendant DANIEL JOSEPH WINTER, also known as "Winterstone," a resident of Los Angeles, California, willfully made and subscribed to a materially false United States Individual Income Tax Return, Form 1040, for tax year 2023, which was verified by a written declaration that it was made under the penalties of perjury, and which was filed with the Internal Revenue Service, which return defendant WINTER did not believe to be true as to every material matter, in that, on such Form 1040, defendant WINTER reported, on line 8, as reported on line 3 of

Schedule 1 and line 31 of Schedule C, that his total income was $34,879, when, as defendant WINTER then well knew and believed, his business income for that year was substantially higher than the amount he reported.

JOSEPH T. MCNALLY
Acting United States Attorney

*Lindsey Greer Dotson*

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

DAVID R. FRIEDMAN
Assistant United States Attorney
Chief, Criminal Appeals Section

RANEE A. KATZENSTEIN
Assistant United States Attorney
Criminal Appeals Section